UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMANTHA ALFARO and GREGORY JOHN TORREZ,<br><br>Plaintiffs,<br><br>v.<br><br>D. LAS VEGAS, INC.; EDGAR VINICIO VALLEJO; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-02190-MMD-PAL<br><br>ORDER |
| D. LAS VEGAS, INC. and EDGAR VINICIO VALLEJO,<br><br>Counter-Claimants,<br><br>v.<br><br>GREGORY JOHN TORREZ,<br><br>Counter-Defendant. | |

Before the Court is Plaintiff's letter (ECF No. 59), seeking a status check as to the disposition of the pending Motion for Summary Judgment (ECF No. 50) pursuant to Local Rule IA 7-1(a). The Court disposes of pending matters in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions and matters submitted after February 28, 2017, and will be moving through them chronologically. The Motion for Summary Judgment (ECF No. 50) does not fall within the category that requires expedited disposition and will therefore be decided in the

order of pending matters in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 8th day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE